# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### SAN ANGELO DIVISION

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAY 17 PM 2: 34

DEPUTY 

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 6:17-CR-009-C-BL-1 |
| | § | |
| MANUEL RUBEN BESERIL | § | |

## REPORT AND RECOMMENDATION

**MANUEL RUBEN BESERIL** by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **MANUEL RUBEN BESERIL** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **MANUEL RUBEN BESERIL** be adjudged guilty and have sentence imposed accordingly.

Date: May 17, 2017.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).